**THE LEDGER LAW FIRM, PC**
By: Allen L. Schwenker, III
147 7Th Avenue West
Kirkland, WA 98033
(800) 300-0001 Phone / (800) 442-2502 Fax
allen@ledgerlaw.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESLEY CHANDLER, MELISSA CHANDLER, individually and the martial community composed thereof; and JOHN SHORT, MARY SHORT individually and the martial community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>RAI EXPRESS LINES, LTD., a Canadian corporation; BUTA UPPAL and JANE DOE UPPAL, husband and wife, and the marital community comprised thereof; JOHN DOE CORPORATIONS, 1 through 10; JOHN DOE individuals, 1 through 10,<br><br>Defendants. | CASE NO.<br><br>PLAINTIFFS' COMPLAINT FOR DAMAGES<br><br>DEMAND FOR JURY TRIAL |

COME NOW Plaintiffs Wesley Chandler, Melissa Chandler, individually and the martial community composed thereof, and John Short,

Mary Short individually and the martial community composed thereof, by and through their attorney, Allen L. Schwenker, III, of The Ledger Law Firm, PC, and complains and alleges against the above-named defendants as follows:

## I. PARTIES

1.1 Plaintiffs, Wesley Chandler and Melissa Chandler, are a married couple and residents of Haralson County, Georgia, and have resided Haralson County, Georgia, at all times relevant and material to this Complaint.

1.2 Plaintiffs, John Short and Mary Short, are a married couple and residents of Polk County, Georgia, and resided in Polk County, Georgia, at all times relevant and material to this Complaint.

1.3 Defendant, RAI EXPRESS LINES, LTD., upon information and belief, is a Canadian corporation engaged in transportation services.

1.4 At all times relevant and material to this Complaint defendant RAI EXPRESS LINES, LTD. transacted business in Canada and the United States.

1.5 At all times material hereto, RAI EXPRESS LINES, LTD. was the registered owner of the semi-truck involved in this collision.

PLAINTIFFS' COMPLAINT
FOR DAMAGES- 2

THE LEDGER LAW FIRM, PC
147 7TH AVENUE WEST
KIRKLAND, WA 98033
T: (800) 300-0001  F: (800) 442-2502

1.6    Upon information and belief, defendant RAI EXRPESS LINES, LTD. was registered in Langley, British Columbia.

1.7    Upon information and belief, at all material times herein, the principal place of business of defendant RAI EXRPESS LINES, LTD. was Surrey, British Columbia.

1.8    At all material times herein, upon information and belief, defendants Buta Uppal and Jane Doe Uppal, husband and wife, and the marital community comprised thereof, were residents of Canada and resided in Delta, British Columbia.

1.9    Defendant, Buta Uppal was transporting goods in the State of Washington at the time of this incident.

1.10    There may be additional persons or legal entities having responsibility for the negligence, injuries and damages as hereinafter alleged, whose identity(s) is/are not presently known to these plaintiffs and who are referred to herein as John Doe individuals and/or John Doe Corporations 1-10. Plaintiffs respectfully request that these pleadings be amended to reflect the true identity of these defendants when their identification becomes known.

PLAINTIFFS' COMPLAINT
FOR DAMAGES- 3

THE LEDGER LAW FIRM, PC
147 7TH AVENUE WEST
KIRKLAND, WA 98033
T: (800) 300-0001  F: (800) 442-2502

1.11   Defendants Does 1 to 10, inclusive, are sued herein under fictitious names because their true names and capacities whether individual, associate, corporate, governmental or otherwise are unknown to plaintiffs. Plaintiffs will ask leave of this Court to amend this Complaint to assert the true names and capacities of said defendants when same are ascertained. Plaintiffs are informed and believe and herein allege that each of the defendants designated herein as Doe are negligently, carelessly, recklessly, strictly or otherwise responsible in some manner for the events and happenings herein referred to and caused damages directly and proximately thereby to plaintiffs.

1.12   At all times herein mentioned, each of the defendants sued herein were the agent, alter ego, servant and/or employee of each other each said co-defendant was, as such, acting within the time, place, purpose and scope of the said agency, service and employment; each of the defendants, as aforesaid, when acting as a principle, was negligent in the selection, screening, training, supervision, and hiring of each and every other defendant(s) as an agent, servant and employee, and furthermore expressly directed, consented to, approved, affirmed and ratified each and every action taken by the co-defendants.

\ \ \

PLAINTIFFS' COMPLAINT
FOR DAMAGES- 4

THE LEDGER LAW FIRM, PC
147 7TH AVENUE WEST
KIRKLAND, WA 98033
T: (800) 300-0001  F: (800) 442-2502

## II. JURISDICTION AND VENUE

2.1     Plaintiffs incorporate herein by reference, as though fully set forth at length, each and every allegation and statement contained in preceding paragraphs. This Court has diversity jurisdiction over this action under 28 U.S.C. § 1332(a)(2).

2.2     All plaintiff and defendant are citizens of different states, and the amount in controversy exceeds $75,000.00.

2.3     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the events or omissions giving rise to the claim occurred within this judicial district.

## III. FACTS

3.1     Plaintiffs incorporate herein by reference, as though fully set forth at length, each and every allegation and statement contained in preceding paragraphs. <u>Date</u>:  plaintiffs Wesley Chandler and John Short's injuries arise out of a semi-truck collision that occurred on or about February 6, 2017.

3.2     <u>Location</u>:  The collision occurred in Kittitas, Washington, on the I-90 Eastbound Interstate.

3.3    Details: Plaintiff John Short was driving his semi-truck Eastbound on I-90 in lane one of two.

3.4    On or about February 6, 2017, a semi-truck registered to defendant RAI EXPRESS LINES, LTD. collided with the rear of the semi-truck with plaintiffs Wesley Chandler and John Short inside.

3.5    On or about February 6, 2017, defendant, Buta Uppal, was driving the semi-truck that registered to defendant RAI EXPRESS LINES, LTD. which collided with the rear of the semi-truck with plaintiffs Wesley Chandler and John Short inside.

3.6    The impact was significant causing extensive damage to the front of the RAI EXPRESS LINES, LTD. insured truck.

3.7    Plaintiffs Wesley Chandler and John Short have suffered injuries due to this accident.

## IV.  NEGLIGENCE

4.1    Plaintiffs incorporate herein by reference, as though fully set forth at length, each and every allegation and statement contained in preceding paragraphs. Duty:  Defendant Buta Uppal as a driver for defendant RAI LINES EXPRESS, LTD., through common law, statute, regulation and/or ordinance owed plaintiffs duties to drive attentively, to maintain a

safe speed and appropriate distance to avoid striking plaintiffs' vehicle and causing injuries to Wesley Chandler and John Short, and to otherwise exercise ordinary and reasonable care while operating a vehicle within the State of Washington. These duties include, but are not limited to, a duty to obey all relevant rules of the road pursuant to RCW 46.61 et seq.

4.2    Breach: Defendant Buta Uppal as a driver for defendant RAI LINES EXPRESS, LTD. breached his duties as set forth in paragraphs 3.1 through 4.1.

4.3    Proximate Cause and Bodily Injury: As a direct and proximate cause of defendant Buta Uppal as a driver for defendant RAI LINES EXPRESS, LTD. breach of his duties as set forth in paragraphs 4.1 and 4.2, plaintiffs Wesley Chandler and John Short have suffered personal injuries.

## V. INFERENCE OF NEGLIGENCE

5.1    Plaintiffs incorporate herein by reference, as though fully set forth at length, each and every allegation and statement contained in preceding paragraphs. The manner of the injury to the plaintiffs, and attending circumstances are of such character as would warrant an inference that the Wesley Chandler and John Short's semi-truck would not have been rear-ended if ordinary care had been exercised by defendants.

PLAINTIFFS' COMPLAINT
FOR DAMAGES- 7

**THE LEDGER LAW FIRM, PC**
**147 7TH AVENUE WEST**
**KIRKLAND, WA 98033**
**T: (800) 300-0001  F: (800) 442-2502**

5.2    At all material times herein, the operation of the semi-truck that registered to defendant RAI EXPRESS LINES, LTD. was solely within the control of defendant Buta Uppal.

## VI. DAMAGES

6.1    As a direct and proximate result of the acts of negligence described above, plaintiffs Wesley Chandler and John Short have suffered general and special damages as a result of this collision, all in amounts to be proven at trial. Their damages include, but are not limited to, pain and suffering, anguish, fear, terror, loss of income, loss of earning capacity, medical expenses, out-of-pocket expenses, travel expenses, loss of consortium, loss of love, loss of enjoyment of life, loss of parent-child relationships, loss of spousal relationships, property damages.

6.2    As a further direct and proximate result of the acts of negligence described above, plaintiffs Melissa Chandler and Mary Short have sustained damages as a result of this collision. Their damages include, but are not limited to, anguish, loss of consortium, loss of spousal relationships, loss of love, affection, care, companionship, guidance, support, services, all in amounts to be proven at trial.

\ \ \

PLAINTIFFS' COMPLAINT
FOR DAMAGES- 8

THE LEDGER LAW FIRM, PC
147 7TH AVENUE WEST
KIRKLAND, WA 98033
T: (800) 300-0001  F: (800) 442-2502

## VII. JURY DEMAND

7.1     Plaintiffs request this case be tried by a jury.

## VIII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against defendants, jointly and severally, as follows: respectfully request the following relief:

8.1     For plaintiffs' general and other damages, all in amounts to be proven at the time of trial;

8.2     For plaintiffs' special damages and other damages, all in amounts to be proven at the time of trial;

8.3     Plaintiffs' costs and disbursements incurred herein;

8.4     For prejudgment interest;

8.5     For reasonable attorneys' fees; and,

8.6     For such other and further relief as the Court may deem just and equitable.

THE LEDGER LAW FIRM, PC


/S/ Allen L. Schwenker, III
Allen L. Schwenker, III, WSBA # 51578
Attorney for Plaintiffs