Case 1:20-cv-03016-SAB    ECF No. 108    filed 11/30/21    PageID.1127    Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESLEY CHANDLER, MELISSA CHANDLER, individually and the marital community composed thereof; and JOHN SHORT and MARY SHORT, individually and the marital community composed thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>RAI EXPRESS LINES, LTD., a Canadian corporation; BUTA UPPAL and GURPAL UPPAL, individually and the marital community comprised thereof,<br><br>    Defendants. | No. 1:20-CV-03016-SAB<br><br>**ORDER GRANTING STIPULATED MOTIONS FOR VOLUNTARY DISMISSAL** |

Before the Court is Plaintiffs Wesley and Melissa Chandler's Motion to Dismiss, ECF No. 106, and Plaintiffs John and Mary Short's Motion to Dismiss, ECF No. 107. The Motions were considered without oral argument. Plaintiffs are represented by Allen L. Schwenker, III and David L. Mann. Defendants are represented by Jennifer L. Crow, Mark Preston Scheer, Jeremy Leland Muth, and Richard Anthony Francisco.

**ORDER GRANTING STIPULATED MOTIONS FOR VOLUNTARY DISMISSAL** * 1

1       The parties ask the Court to dismiss the claims of Plaintiffs Wesley and
2 Melissa Chandler against Defendants with prejudice, with each party to bear its
3 own costs and attorney's fees. Pursuant to Federal Rule of Civil Procedure
4 41(a)(1)(A)(ii), the Court grants the Motion with respect to Plaintiffs Wesley and
5 Melissa Chandler.
6       Separately, the parties ask the Court to dismiss the claims of Plaintiffs John
7 and Mary Short against Defendants with prejudice, with each party to bear its own
8 costs and attorney's fees. Pursuant to Federal Rule of Civil Procedure
9 41(a)(1)(A)(ii), the Court also grants the Motion with respect to Plaintiffs John and
10 Mary Short.
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**ORDER GRANTING STIPULATED MOTIONS FOR VOLUNTARY DISMISSAL \* 2**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs Wesley and Melissa Chandler's Motion to Dismiss, ECF No. 106, is **GRANTED**.

2. Plaintiffs John and Mary Short's Motion to Dismiss, ECF No. 107, is **GRANTED**.

3. The status conference set for December 2, 2021 is **STRICKEN**.

4. Defendants' Motion to Exclude, ECF No. 87, is **DISMISSED as moot**.

5. Plaintiffs' Motion to Exclude, ECF No. 89, is **DISMISSED as moot**.

6. Plaintiffs' Motion in Limine, ECF No. 101, is **DISMISSED as moot**.

7. Defendants' Motion in Limine, ECF No. 102, is **DISMISSED as moot**.

8. The above-captioned action and claims therein are **DISMISSED with prejudice**. Each party is responsible for their own costs and attorneys' fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 30th day of November 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTIONS FOR VOLUNTARY DISMISSAL * 3**